No. 77–6833. POLK v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 77–6834. WOOLDRIDGE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77–6836. GAMBLE v. OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 77–6838. OROPEZA-BRIONES v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 77–6839. BRIGHTWELL v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 77–6840. CLIFTON v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 77–6842. DOWNS v. INDIANA. Sup. Ct. Ind. Certiorari denied. 

No. 77–6843. FORMICOLA v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 77–6844. FORMICOLA v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 77–6845. SWANSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 77–6846. CROSBY v. UNITED STATES. Ct. App. D. C. Certiorari denied. 

No. 77–6847. COLEMAN v. LOGGINS, CORRECTIONAL SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 77–6848. COUSINO v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 77–6849. DEFEVERE ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.